[176]                    CADMUS v. DUMON

An acknowledgment of a debt, though accompanied by an allegation that it was barred by the statute of limitations, sufficient to take it out of the statute.

*Certiorari* to Justice Outwater.

The action below was to recover the amount of certain goods sold by Cadmus in 1775, for Dumon.   On the trial Cadmus owned he had sold the goods by order of Dumon, but that he could not remember the amount they brought; he said he believed he was not to collect the money on the vendue book, but that the length of time since elapsed rendered the matter doubtful and brought it within the statute of limitations, which he desired to be understood as pleading.

The justice, however, left it to the jury, who found for the plaintiff.

PER CUR. Affirm the judgment.